WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**RUTH MILLER,**                                                                  Case No. 3:09-337-HA

    Plaintiff,

vs.                                                                                              ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorneys' fees in the amount of $4,922.40 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b), based on the auxiliary benefits, and in addition to the § 406(b) fee previously awarded herein which was based on the disability claimant's own retroactive benefits. The court finds this is a reasonable fee. After all administrative and court attorneys' fees are paid, any additional amount being withheld for payment of fees should be released to the auxiliary beneficiaries.

DATED this 25 day of February, 2014.

/s/ Ancer L. Haggerty
United States District Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1